

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-13-00043-CV

Style:          Russell Ivy, Individually, and Lisa Ivy, Individually, D/B/A Ivy Companies

          **v** Chris Hymel

Date motions filed[*]:          February 21, 2013 and March 25, 2013

Type of motion:          Motion to withdraw as appellate counsel

Party filing motion:          Beth Watkins, Shannon Dunn, and Law Office of Beth Watkins

Document to be filed:

Is appeal accelerated?        No

If motion to extend time:
        Original due date:
        Number of previous extensions granted:        Current Due date:
        Date Requested:

Ordered that motions are:

    ☑      Granted, as to motion filed March 25, 2013

          If document is to be filed, document due:

          ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐      Denied

    ☑      Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>), as to motion filed February 21, 2013

    ☐      Other: _____

      **The Second Amended Unopposed Motion to Withdraw as Appellate Counsel, filed by Beth Watkins, Shannon Dunn, and the Law Office of Beth Watkins, is granted.** *See* **Tex. R. App. P. 6.5. The Unopposed Motion to Withdraw as Appellate Counsel is dismissed as moot. Counsel Beth Watkins is hereby ordered to immediately notify the appellants in writing of all deadlines and settings of which counsel is aware and to file a copy of the notice with the Clerk of this Court.** *See id.* **6.5(c).**

Judge's signature:   /s/ Jim Sharp
                  ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date: <u>May 9, 2013</u>

November 7, 2008 Revision